# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hoffer v. Police Office Elyssa Tellone, Shield #730387, et. al.  Docket No.: 22-1377

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Darius P. Chafizadeh

Firm: Harris Beach PLLC

Address: 445 Hamilton Avenue, Suite 1206, White Plains, NY 10601

Telephone: (914) 683-1200    Fax: (914) 683-1212

E-mail: dchafizadeh@harrisbeach.com

Appearance for: Police Officer Elyssa Tellone, Shield #730387, Police Officer Trevor Goff, Shield #731915, Police Officer Lamont Brown, Shield #734149 and Police Officer Darcy Drummond, Shield #731907
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: Yonkers Corporation Counsel, by Rory McCormick, Esq.)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 20, 2021    OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Darius P. Chafizadeh

Type or Print Name: Darius P. Chafizadeh

MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL



CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

June 30, 2022

Darius P. Chafizadeh, Esq.
Harris Beach, PLLC
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601

   Re: Hoffer v. City of Yonkers, et al.
      <u>Second Circuit Doc. No. 22-1377</u>

Dear Mr. Chafizadeh:

 This will confirm that the City of Yonkers Corporation Counsel's Office wishes to have Harris Beach PLLC substituted as counsel to represent the City of Yonkers Defendants/Appellees in the above referenced appeal.

 Thank you for your assistance in this matter.

Very truly yours,

Rory McCormick
St. Associate Corporation Counsel