# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
### FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** Richard Hoffer. Yonkers, et al. | **DISTRICT** Southern District of NY | **DOCKET NUMBER** 18-CV-1197 |
| | **JUDGE** Andrew E. Krause | **APPELLANT** |
| | **COURT REPORTER** Unknown N/A | **PRO SE APPELLANT** Richard Hoffer |

| | |
|---|---|
| Check the applicable provision:<br><br>☒ I am ordering a transcript.<br><br>☐ I am not ordering a transcript<br><br>**Reason for not ordering a transcript:**<br><br>☐ Copy is already available<br><br>☐ No transcribed proceedings<br><br>☐ Other (Specify in the space below): Perfection of Appeal | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br>(December 1st 2021 through December 9th 2021) District Court Record<br><br>In Forma Pauperis<br><br>**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br><br>☒ PREPARE TRANSCRIPT OF TRIAL<br><br>☒ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br><br>☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**<br><br>Richard Hoffer<br>21R0220<br>Otisville Correctional Facility<br>P.O. Box 8<br>Otisville, New York 10963 |

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| **APPELLANT'S SIGNATURE** Richard Hoffer | **DATE** 7/9/22 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |

22-1377

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Richard Hoffer

**CERTIFICATE OF SERVICE\***

Docket Number: 18-CV-1197

v.

Police Officer Elyssa Tellone Shield #730387, Yonkers et. al

I, _Richard Hoffer_, hereby certify under penalty of perjury that

on _July 25th, 2022_, I served a copy of _Civil Appeal Transcript_
(date)
_Information (Form D-P)_

(list all documents)

by (select all applicable)**

____ Personal Delivery ☒ United States Mail ____ Federal Express or other
Overnight Courier

____ Commercial Carrier ____ E-Mail (on consent)

on the following parties:

Darius P. Chafizadeh  445 Hamilton Ave. Suite 606 White Plains, NY 10601

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

7/25/22
Today's Date

Richard Hoffer
Signature

Certificate of Service Form (Last Revised 12/2015)

**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963

Richard Hoffer - Din# 21R0220

WESTCHESTER NY 105
Otisville
3 AUG 2022 PM 5 L
Correctional Facility

NEOPOST
08/03/2022
US POSTAGE $0

041M11459157

USM 4LD
SDNY

Clerks Office
United States Court of Appeals
United States Courthouse
40 Foley Square
New York, N.Y. 10007

10007-150301

Clerks Office,                                    August 2nd, 2022

   I mailed this form on July 26th, 2022 for some reason it was returned. I enclosed the front of the envelope to whom I adressed form D-P. Can you please send me a adress to foreward content pertaining to this appeal for clarity.

                                    Please and Thanks,
                                    Richard Hoffer

**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963

Richard Hoffer - 21R0220

Attention of: Catherine O'Hagan Wolfe
Clerks Office
United States Courthouse
Foley Squre
New York

(Legal Mail)

WESTCHESTER NY 105
Otisville
26 JUL 2022 PM 5 L
Correctional Facility

NEOPOST
07/26/2022
US POSTAGE $000.57⁰
FIRST-CLASS MAIL

ZIP 10963
041M11459157



NIXIE          180   DE 1          0007/33/22
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC:  10963000200    *1436-07669-26-40