```
                        STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                    OTISVILLE     CORRECTIONAL FACILITY
                        INMATE STATEMENT FOR THE PERIOD 06/01/22 THRU 06/30/22
            *********************************************************************************
            *                                                                                *
            *   NAME:HOFFER RICHARD           DEPT ID:21R0220   CELL LOC:24-2A-018  NYSID:01593572J  *
            *                                                                                *
            *********************************************************************************

FACILITY      DATE       ---- TRANSACTION ----    TR-NUM    RECEIPT(+)   DISBURS(-)   COLLECTED AMT   STATEWIDE    STATEWIDE
                              (COMMENTS)                                                               SPENDABLE    ACCT BAL
                         STARTING BALANCE AT OTISVILLE                                                              436.11
                         BALANCE FORWARD                                                      .00      436.11       436.11

OTISVILLE     06/02/22  PAYROLL RCPT              176203        2.37                          .00      438.48       438.48
OTISVILLE     06/02/22  PAYROLL RCPT              605226        2.37                          .00      440.85       440.85
OTISVILLE     06/06/22  COMM BUY                                           182.86             .00      257.99       257.99
OTISVILLE     06/09/22  PAYROLL RCPT              176203        1.90                          .00      259.89       259.89
OTISVILLE     06/09/22  PAYROLL RCPT              605226        1.90                          .00      261.79       261.79
OTISVILLE     06/16/22  PAYROLL RCPT              176203        2.37                          .00      264.16       264.16
OTISVILLE     06/16/22  PAYROLL RCPT              605226        2.37                          .00      266.53       266.53
OTISVILLE     06/17/22  COMM BUY                                           116.74             .00      149.79       149.79
OTISVILLE     06/22/22  ORG DUES (LL COP    )                                  .20            .00      149.59       149.59
OTISVILLE     06/23/22  PAYROLL RCPT              176203        2.37                          .00      151.96       151.96
OTISVILLE     06/23/22  PAYROLL RCPT              605226        2.37                          .00      154.33       154.33
OTISVILLE     06/30/22  PAYROLL RCPT              176203        1.90                          .00      156.23       156.23
OTISVILLE     06/30/22  PAYROLL RCPT              605226        1.90                          .00      158.13       158.13

                        MONTHLY ENDING TOTALS                  21.82       299.80             .00      158.13       158.13

                        ENDING BALANCE AT OTISVILLE                                                                 158.13

              20%  OF AVERAGE 6 MO SPENDABLE BALANCE            41.74   20%  OF AVERAGE 6 MO DEPOSIT AMT     68.76

                        LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    16.60
                        THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


     *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                              OTISVILLE     CORRECTIONAL FACILITY
                        INMATE STATEMENT FOR THE PERIOD 04/30/22 THRU 05/31/22
         ********************************************************************************
         *                                                                              *
         *    NAME:HOFFER RICHARD          DEPT ID:21R0220   CELL LOC:24-2A-018  NYSID:01593572J  *
         *                                                                              *
         ********************************************************************************

FACILITY       DATE      ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                           (COMMENTS)                                                              SPENDABLE    ACCT BAL
                         STARTING BALANCE AT OTISVILLE                                                          43.61
                         BALANCE FORWARD                                              .00          43.61        43.61

OTISVILLE     05/01/22  ELECTRONIC RECEIPT      AV81564      300.00                   .00         343.61        343.61
OTISVILLE     05/03/22  TIME DEPOSIT INT        X999999         .01                   .00         343.62        343.62
OTISVILLE     05/05/22  PAYROLL RCPT            176203         2.37                   .00         345.99        345.99
OTISVILLE     05/05/22  PAYROLL RCPT            605226         2.37                   .00         348.36        348.36
OTISVILLE     05/06/22  COMM BUY                                         89.51        .00         258.85        258.85
OTISVILLE     05/12/22  PAYROLL RCPT            176203         2.37                   .00         261.22        261.22
OTISVILLE     05/12/22  PAYROLL RCPT            605226         2.37                   .00         263.59        263.59
OTISVILLE     05/19/22  PAYROLL RCPT            176203         2.37                   .00         265.96        265.96
OTISVILLE     05/19/22  PAYROLL RCPT            605226         2.37                   .00         268.33        268.33
OTISVILLE     05/20/22  COMM BUY                                        136.96        .00         131.37        131.37
OTISVILLE     05/26/22  PAYROLL RCPT            176203         2.37                   .00         133.74        133.74
OTISVILLE     05/26/22  PAYROLL RCPT            605226         2.37                   .00         136.11        136.11
OTISVILLE     05/28/22  ELECTRONIC RECEIPT      AW17172      300.00                   .00         436.11        436.11

                        MONTHLY ENDING TOTALS                618.97     226.47        .00         436.11        436.11

                        ENDING BALANCE AT OTISVILLE                                                             436.11

              20%  OF AVERAGE 6 MO SPENDABLE BALANCE          49.02   20%  OF AVERAGE 6 MO DEPOSIT AMT       71.57

                        LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    16.60
                        THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

     *   ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                    OTISVILLE    CORRECTIONAL FACILITY
                          INMATE STATEMENT FOR THE PERIOD 04/01/22 THRU 04/29/22
         ****************************************************************************************
         *                                                                                      *
         *   NAME:HOFFER RICHARD            DEPT ID:21R0220   CELL LOC:24-2A-018  NYSID:01593572J *
         *                                                                                      *
         ****************************************************************************************

FACILITY        DATE      ---- TRANSACTION ----    TR-NUM    RECEIPT(+)  DISBURS(-) COLLECTED AMT  STATEWIDE   STATEWIDE
                              (COMMENTS)                                                           SPENDABLE   ACCT BAL
                          STARTING BALANCE AT OTISVILLE                                                        108.06
                          BALANCE FORWARD                                                   .00    108.06      108.06

OTISVILLE       04/02/22  ELECTRONIC RECEIPT       AV44209     200.00                       .00    308.06      308.06
OTISVILLE       04/07/22  PAYROLL RCPT             176203        2.37                       .00    310.43      310.43
OTISVILLE       04/07/22  PAYROLL RCPT             605226        2.37                       .00    312.80      312.80
OTISVILLE       04/08/22  COMM BUY                                           156.53         .00    156.27      156.27
OTISVILLE       04/14/22  PAYROLL RCPT             176203        2.37                       .00    158.64      158.64
OTISVILLE       04/14/22  PAYROLL RCPT             605226        2.37                       .00    161.01      161.01
OTISVILLE       04/21/22  PAYROLL RCPT             176203        2.37                       .00    163.38      163.38
OTISVILLE       04/21/22  PAYROLL RCPT             605226        2.37                       .00    165.75      165.75
OTISVILLE       04/22/22  COMM BUY                                           126.88         .00     38.87       38.87
OTISVILLE       04/28/22  PAYROLL RCPT             176203        2.37                       .00     41.24       41.24
OTISVILLE       04/28/22  PAYROLL RCPT             605226        2.37                       .00     43.61       43.61

                          MONTHLY ENDING TOTALS                 218.96      283.41          .00     43.61       43.61

                          ENDING BALANCE AT OTISVILLE                                                            43.61

                 20%  OF AVERAGE 6 MO SPENDABLE BALANCE      43.49    20%  OF AVERAGE 6 MO DEPOSIT AMT      60.19

                          LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -     16.60
                          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

       *   ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                   OTISVILLE     CORRECTIONAL FACILITY
                          INMATE STATEMENT FOR THE PERIOD 02/01/22 THRU 02/28/22
            *******************************************************************************
            *                                                                             *
            *   NAME:HOFFER RICHARD          DEPT ID:21R0220   CELL LOC:21-1A-13B  NYSID:01593572J  *
            *                                                                             *
            *******************************************************************************

FACILITY       DATE      ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                              (COMMENTS)                                                           SPENDABLE    ACCT BAL
                         STARTING BALANCE AT OTISVILLE                                                          209.55
                         BALANCE FORWARD                                              .00          209.55       209.55

OTISVILLE      02/10/22  PAYROLL RCPT            041102      2.25                     .00          211.80       211.80
OTISVILLE      02/11/22  COMM BUY                                      143.34         .00           68.46        68.46
OTISVILLE      02/15/22  ORG DUES (LLO COPIES )                          1.20         .00           67.26        67.26
OTISVILLE      02/16/22  ELECTRONIC RECEIPT      AU81654    125.00                    .00          192.26       192.26
OTISVILLE      02/17/22  PAYROLL RCPT            041102      2.25                     .00          194.51       194.51
OTISVILLE      02/24/22  PAYROLL RCPT            041102      2.25                     .00          196.76       196.76
OTISVILLE      02/27/22  ELECTRONIC RECEIPT      AU96093    100.00                    .00          296.76       296.76

                         MONTHLY ENDING TOTALS               231.75    144.54         .00          296.76       296.76

                         ENDING BALANCE AT OTISVILLE                                                            296.76

                   20%  OF AVERAGE 6 MO SPENDABLE BALANCE    41.00   20%  OF AVERAGE 6 MO DEPOSIT AMT      59.26

                         LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    16.60
                         THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


    *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                             STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                       OTISVILLE    CORRECTIONAL FACILITY
                                  INMATE STATEMENT FOR THE PERIOD 01/01/22 THRU 01/31/22
            ***********************************************************************************
            *                                                                                 *
            *    NAME:HOFFER RICHARD           DEPT ID:21R0220    CELL LOC:21-1A-13B  NYSID:01593572J  *
            *                                                                                 *
            ***********************************************************************************

FACILITY        DATE       ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                              (COMMENTS)                                                             SPENDABLE    ACCT BAL
                           STARTING BALANCE AT MOHAWK                                                               376.48
                           STARTING BALANCE AT OTISVILLE                                                               .00
                           STARTING BALANCE AT OTISVILLE                                                               .00
                           BALANCE FORWARD                                                 .00         376.48       376.48
MOHAWK          01/04/22 CLSE ACCT                                       376.48            .00            .00          .00
OTISVILLE       01/11/22   ESTABLISH ACCOUNT
OTISVILLE       01/11/22 TRANSFER FUNDS           B674785     376.48                       .00         376.48       376.48
OTISVILLE       01/14/22 CLSE ACCT                                       376.48            .00            .00          .00
OTISVILLE       01/21/22   ESTABLISH ACCOUNT
OTISVILLE       01/24/22 ADJ (ACCT CLSD IN ERR  )   512       376.48                       .00         376.48       376.48
OTISVILLE       01/26/22 MEDIA PUR(MEDIA        )                         50.00            .00         326.48       326.48
OTISVILLE       01/28/22 COMM BUY                                        116.93            .00         209.55       209.55

                           MONTHLY ENDING TOTALS              752.96     919.89            .00         209.55       209.55

                           ENDING BALANCE AT OTISVILLE                                                              209.55

               20%  OF AVERAGE 6 MO SPENDABLE BALANCE      38.99    20%  OF AVERAGE 6 MO DEPOSIT AMT      57.33

                     LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    16.60
                     THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

                         INMATE HAS BEEN TRANSFERRED TO -OTISVILLE       FROM MOHAWK

                         INMATE HAS BEEN TRANSFERRED TO -MOHAWK          FROM OTISVILLE


    *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

To Catherine O'Hagan Wolfe,     July 29th, 2022

    Hello, here is the 6 month printout of my account balance needed for the "In Forma Pauperis". Sorry for the wait but it was out of my hands and I wrote the account 3 times about this matter.

                                        Sorry for the Delay,
                                        Richard Hoffer

P.S.- The return adress on your envelopes do not have a "40"!

CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963

Richard Hoffer -21R0220

WESTCHESTER NY 105
9 AUG 2022 PM 4

Clerks Office
UNITED STATES COURT OF APPEALS
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
New York, N.Y 10007