THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
RICHARD HOFFER,

        Plaintiff-Appellant,

-v-

Police Officer Elyssa Tellone, Shield#730387, et al.,

        Defendant-Appellees,

City Of Yonkers, et al.,

        Defendants.
--------------------------------------------X

NOTICE OF MOTION FOR FREE TRANCRIPTS
18-Cv-1197 (AK)

PLEASE TAKE NOTICE that upon the affirmation of Richard Hoffer, sworn to on the 29th day of December, 2022, a motion will be made at the term of the District Court, Southern District of New York, located at U.S. Courthouse, 500 Pearl Street, New York, for an Order permitting Plaintiff to pusue to appeal and provide a free transcripts pursuant to Fed. Civ. Rul. P. 28 U.S.C.A. § 753 (f), and 28 U.S.C.A. § 1915, directing the reporter to prepare a transcript of the reporter to prepare a transcript of the proceedings to be paid for by the United States, becaue they are necessary to decide and perfect the appeal, and Plaintiff is without the fees, cost or security to prepay for the transcription of the record to perfect the appeal herein.

1

Sent To: Clerk of Court
United States District Court
Southern District Of New York
300 Quarropas Street
White Plains, New York 10601

Clerk's Office
United States Court of Appeals
United States Courthouse
40 Foley Square
New York, New York 10007

Darius Chafzadeh, Attorney
Harris Beach PLLC
Suite 1206
445 Hamilton Avenue
White Plains, New York 10601
(Attorney For Defendant)


cc/file

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
----------------------------------------X
RICHARD HOFFER,

        Plaintiff-Appellant,     AFFIRMATION

-v-                                    18-Cv-1197 (AK)

Police Officer Elyssa Tellone, Shild#730387, et al,

        Defendant-Appellees,

City of Yonkers, et al,

        Defendants.
----------------------------------------X
STATE OF NEW YORK  )
COUNTY OF ORANGE   )ss.:

       I, Richard Hoffer, Plaintiff, <u>Pro-Se</u>, being duly sworn and says that:

       1. On June 28, 2022, Plaintiff-Appellant filed a notice of appeal to the United States Court of Appeals for the Second Circuit from the December 1, 2021, entered in this action, titled: <u>Richard Hoffer v. Police Officer Elyssa Tellone</u>, et al., Dkt#18-Cv-1197 (AK).

       2. Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, Plaintiff-Appellant moves for an Order:

       a. Granting Plaintiff-Appellant leave to proceed on appeal in forma pauperis without prepayment of fees or costs or security for fees or cost under the provisions of 28 U.S.C.A. § 1915; and

2

b. Directing the proper reporter to prepare and provide a complete transcripts of the proceedings in this action under the provision of 28 U.S.C.A. § 753 (f), to be paid for by the United States. Plaintiff-Appellant designates the following complete thereof of the procedings in this action for inclusion of the transcripts as being necessary to decide the issue presented by the appeal to the Second Circuit Court of Appeals, Clerk's Office, Unites States Court of Appeals, United States Courthouse, 40 Foley Square, New York 10007.

3. Plaintiff-Appellant also moves to certify that this appeal is not frivious, but presents a substantial questions of Law and Facts, as follows:

i. The District Court Erred In Denying Plaintiff Post Judgment Motion To Redirect The Verdict. ¶

ii. The District Court Erred When It Precluded Plaintiff Substantial Evidence To Establish His Cause Of Action For Excessive Force. ¶

iii. The Jury Failed To Accord Clear And Convincing Evidence Establishing Plaintiff's Cause Of Actions For Excessive Force Against Defendants. ¶

iiii. The District Court Erred In Denying Plaintiff Request For Spoliation Inference Charge Where The Defendant's Destory Compelling Evidence In Support Of Palintiff's Cause Of Action For Excessive Force Against Defendants. ¶

3

4. Plaintiff-Appellant intends to appeal and challenge the sufficieny of the jury's verdict based upon its findings, and the transcripts of the proceedings, by direction of the Second Circuit Court of Appeals, has directed Plaintiff to seek such records' transcripts that is supportive by Plaintiff's legal claims presented by the appeal. (<u>Exhibit</u>, "<u>A</u>").

5. The District Court of the Southern District has granted Plaintiff informa pauperis status to proceed the appeal as a poor person on July 10, 2022. Plaintiff financial status has not changed, and he is unable to pay the cost, fees, and expensee necessary to pay for the transcription of the trial preceedings, upon which he appeal, and seeks this application pursuant to 28 U.S.C.A § 735 (f), and order that the transcripts be supplied without cost, and permitting him to prefect the appeal stated herein.

6. This motion is based on the records and files in this action and on the affirmation of Plaintiff Richard Hoffer, sworn to herein.

7. Plaintiff pray for the releif sought herein, and any other such relief that this court may seem just and proper.

*Richard Hoffer*

Dated: December 29, 2022
     Orange County, New York

Sworn To Before Me This
28th day of December, 2022

*James L Thompson*
Notary Public

JAMES L THOMPSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TH6383051
Qualified in Orange County
My Commission Expires: 11/13/2026

EXHIBIT "A"

S.D.N.Y. – W.P.
18-cv-1197
Krause, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-two.

Present:
    Debra Ann Livingston,
        *Chief Judge,*
    Barrington D. Parker,
    Alison J. Nathan,
        *Circuit Judges.*

---

Richard Hoffer,

        *Plaintiff-Appellant,*

v.                                                                   22-1377

Police Officer Elyssa Tellone, Shield #730387, et al.,

        *Defendants-Appellees,*

City of Yonkers, et al.,

        *Defendants.*

---

Appellant, pro se, moves for in forma pauperis status. Upon due consideration, it is hereby ORDERED that the motion is DENIED as moot because the district court has granted in forma pauperis status.

However, it is Appellant's duty to "order from the reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary" or "file a certificate stating that no transcript will be ordered." Fed. R. App. P. 10(b)(1)(A)–(B), (b)(2). Appellant's Form D-P indicated that he was "ordering a transcript." Nevertheless, the trial transcripts do not appear on the district court docket. Appellant must proceed as follows.

If Appellant seeks free transcripts, he must first move in the district court within 30 days of this order and demonstrate financial need and that his appeal is "not frivolous (but presents a substantial question)." *See* 28 U.S.C. § 753(f).

If the district court grants the motion for free transcripts, then the appeal will proceed in the ordinary course, after the transcripts are produced and docketed.

If the district court denies the motion, Appellant must do one of the following within 30 days of the district court's decision:

(1) submit proof that he has ordered the trial transcripts and has arranged to pay the court reporter, and provide a statement of the relevant facts and likely merit of the issues he plans to raise on appeal; or

(2) file a statement that the trial transcripts will not be ordered, explaining why this should not result in his appeal being dismissed, and listing the issues he plans to argue that do not require review of the trial transcripts; or

(3) file in this Court a new motion for free trial transcripts that demonstrates financial need and includes a statement identifying the relevant facts and making a showing as to the likely merit of the issues Appellant plans to raise on appeal. *See* Fed. R. App. P. 24(a)(1), (5); 2d Cir. Loc. R. 24.1. Any motion for free transcripts will be decided by a new panel in the ordinary course.

If Appellant does not wish to seek free transcripts in the district court, he is directed to submit to this Court, within 30 days of this order, one of the following:

(1) proof that he has ordered the trial transcripts and has arranged to pay the court reporter; or

(2) a statement that the trial transcripts will not be ordered, explaining why this should not result in the appeal being dismissed, and listing the issues Appellant plans to argue that do not require review of the trial transcripts.

Appellant is advised that, if he does not seek free transcripts of the trial, supply those transcripts, or certify that the trial transcripts are not needed, his appeal will be dismissed. *See Wrighten v. Glowski*, 232 F.3d 119, 120 (2d Cir. 2000) (per curiam) (dismissing an appeal with prejudice where a pro se appellant failed to provide trial transcripts). If Appellant needs more time to obtain the trial transcripts, he may submit to this Court, within 30 days of the date of this order, a motion for an extension of time, explaining why he needs an extension.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

RICHARD HOFFER,

                Plaintiff,

    -against-

POLICE OFFICER ELYSSA TELLONE, SHIELD #
730387; POLICE OFFICER TREVOR GOFF, SHIELD
# 731915; POLICE OFFICER LAMONT BROWN,
SHIELD # 734149; and POLICE OFFICER DARCY
DRUMMOND, SHIELD # 731907,

                Defendants.
----------------------------------------------------------------x

**ORDER**

18 Civ. 1197 (AEK)

       Pursuant to a November 18, 2022 order of the United States Court of Appeals for the Second Circuit, Plaintiff Richard Hoffer's motion to proceed *in forma pauperis* ("IFP") on his appeal has been transferred to this Court for a determination of IFP status. *See* ECF No. 106 (Court of Appeals order); ECF No. 107 (motion to proceed IFP). The motion to proceed IFP originally was filed in the Second Circuit on July 13, 2022. *See Hoffer v. P.O. Elyssa Tellone, Shield #730387, et al.*, 22-1377 (2d Cir.), Dkt. No. 7.

       The Court has reviewed the motion and finds that Plaintiff meets the standard set forth in Rule 24(a)(1) of the Federal Rules of Appellate Procedure.[1] Accordingly, Plaintiff's motion for leave to proceed IFP on his appeal is hereby GRANTED.

---

[1] Because Plaintiff is "a prisoner seeking to appeal a judgment in a civil action," the form affidavit he completed as part of his motion required the submission of "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts." ECF No. 107 at 6. The docket in Plaintiff's appeal in the Second Circuit reflects that on August 11, 2022, in further support of his motion to proceed IFP, Plaintiff, who is housed at Otisville Correctional Facility, filed a statement regarding his Otisville institutional account covering the six-month period from January - June 2022. *See Hoffer v. P.O. Elyssa Tellone, Shield #730387, et al.*, 22-1377 (2d Cir.), Dkt. No. 17. While that supplemental submission was not transferred to the district court docket with the

The Clerk of Court is respectfully requested to update the district court docket in this case to reflect Plaintiff's *pro se* status and to change his address to Richard Hoffer, 21-R-0220, Otisville Correctional Facility, P.O. Box 8, Otisville, New York 10963.

The Clerk of Court is also respectfully requested to mail a copy of this order to the *pro se* Plaintiff at his updated address, and to terminate the motion at ECF No. 107.

Dated: November 21, 2022
White Plains, New York

SO ORDERED.

*Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge

motion to proceed IFP, this Court has reviewed the supplemental submission and treats it as part of the record for purposes of evaluating Plaintiff's motion here.

2

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
Orange County        )ss.:

I, Richard Hoffer, being duly sworn and depose and says that:

I, have caused to sever the annexed herewith, Notice of Motion, Affidavit, and Exhibit for Free Transcripts, pursaunt to Fed. Rul. Civ. P. 28 U.S.C.A. §§ 753 (f) and 1915 on the following parties:

    Sent To: Clerk Of Court
         United States District Court
         Southern District of New York
         300 Quarropas Street
         White Plains, New York 10601

         Clerk's Office
         United States Court Of Appeals
         United States Courthouse
         40 Foly Square
         New York, New York 10007

         Darius Chafzadeh, Attorney
         Harris Beach PLLC
         Suite 1206
         445 Hamilton Avenue
         White Plains, New York 10601
         (Attorney For Defendant)

By properly enclosing sealed postpaid envelope in the Otisville Correctional Facility, Mailbox for that purpose to deliver to all parties by the United States Post Office.

*Richard Hoffer* (signature)

Sworn To Before Me This
28th day of December, 2022
*James L Thompson* (signature)
Notary Public

JAMES L THOMPSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TH6383051
Qualified in Orange County
My Commission Expires: 11/13/2026