UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 Telephone 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number: 22-cv-1377

Caption [use short title]

Motion for: Title 42 USC §1983

Richard Hoffer v. Police Officer Elyssa Tellone

Set forth precise, complete statement of relief sought:

I am requesting for appointment of counsel and to be compensated for said injuries inflicted to me for said claims which are enclosed in said petition.

**MOVING PARTY:** Richard Hoffer          **OPPOSING PARTY:** Darius Chafizadeh

☒ Plaintiff     ☐ Defendant
☐ Petitioner   ☐ Respondent

**MOVING ATTORNEY:** Richard Hoffer     **OPPOSING ATTORNEY:** Darius Chafizadeh
[name of attorney, with firm address, phone number and e-mail]

Richard Hoffer: 21R0220
Otisville Correctional Facility
57 Sanitorium Road, P.O. Box 8
Otisville, New York 10963

Harris Beach PLLC
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601

**Please check appropriate boxes:**

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS:**

Has movant notified opposing counsel
☒ Yes  ☐ No (explain): 

Has request been made before? ☐ Yes ☒ No
Has this relief been previously made in this Court
☐ Yes ☒ No

Opposing counsel position on motion:
☐ Unopposed  ☐ Opposed  ☒ Unknown

Requested return date and explanation of emergency

Is oral argument on motion requested ☐ Yes ☐ No  (Request for oral argument will not necessarily be granted)

Signature of Moving Party: Richard Hoffer  Date: 2/17/23   Service by: ☐ CM/ECF  ☐ Other

Form T-1080

JAMES L THOMPSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TH6383051
Qualified in Orange County
My Commission Expires: 11/23/2026

Respectfully Submitted

*Richard Hoffer*

Richard Hoffer-Appellant

Sent To: Motion Clerk
Unites States Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York 10007

Darius Chafizabeh, Esq.
Harris Beach PLLC
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
(Counsel For Appellee)

cc/file

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

-----------------------------------------------------------X

RICHARD HOFFER,

Appellant,

-Against-

ELYSSA TELLONE, Shield #730387, et.al. -For

Yonkers Police Department

NOTICE OF MOTION

Dkt. No. 22-cv-1377

 

    Please take notice that the appellant, RICHARD HOFFER, and the attached documents are for a request at this time to inquire within the court of THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, on the 17th day of February, 2023, located at 40 Foley Square, New York, N.Y., for an order to appoint counsel to the instant appeal pursuant to Fed. R. App. Sub section 27, on the grounds that I have been declared indigent and professional counsel would be necessary to move forward in dealing with the issues merited by the court.

    In order to perfect the appeal that is complexed by not having adequate resources to research spoliation of this important Taser evidence issue recognized by the court. At this time in order to continue with this application and the matters that apply to this appeal. I am hereby seeking appointment of counsel, which I understand is at this courts discretion.

Respectfully Submitted,

RICHARD HOFFER

*Richard Hoffer* (signature)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------X
RICHARD HOFFER,
                Appellant,

        -against-

ELYSSA TELLONE, Shield No. 7300387 for
Yonkers Police Department,
                Appellee.
-----------------------------------------------------------X

CERTIFICATE OF SERVICE

Docket No. 22-cv-1377

        The undersigned being duly sworn under the penalty of perjury pursuant to *28 U.S.C.* §1746, deposes and says:

        That I have on this 17th day of February 2023, placed in an envelope the enclosed Request for Appointment of Counsel

to both this Court and to Darius Chafizadeh who's office is located at the Harris Beach PLLC, 445 Hamilton Avenue, Suite 1206, White Plains, New York 10601, by depositing a true copy of the above listed papers in a post-paid properly addressed wrapper, labeled First-Class/Legal Mail, in an official USPS depository under the exclusive care and custody of the New York State Department of Corrections and Community Supervision located at 57 Sanitorium Road, P.O. Box 8, Otisville, New York 10963.

Dated:    2/17/, 2023.
             Otisville, New York 10963

Respectfully Submitted,

*Richard Hoffer*
Richard Hoffer, 21R0220
Appellant, *pro se*

14

**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963
NAME: Richard Hoffer  DIN: 21R0220

WESTCHESTER NY 105
21 FEB 2023 PM 4 L
Correctional Facility

02/21/2023
US POSTAGE $000.60
ZIP 10963
041M11459157

(Legal Mail)

Clerk's Office
United States Court of Appeals
United States Courthouse
40 Foley Square
New York, New York 10007   (Legal Mail)

USMAIL SDNY