S.D.N.Y. – W.P.
18-cv-1197
Krause, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand twenty-three.

Present:
    Rosemary S. Pooler,
    Susan L. Carney,
    Beth Robinson,
       *Circuit Judges*.

---

Richard Hoffer,

    *Plaintiff-Appellant*,

v.                                 22-1377

Police Officer Elyssa Tellone, Shield #730387, et al.,

    *Defendants-Appellees*,

City of Yonkers, et al.,

    *Defendants*.

---

Appellant, pro se, moves for appointment of pro bono counsel. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172–74 (2d Cir. 1989) (per curiam). Counsel shall be appointed from this Court's pro bono panel. Counsel is hereby instructed to brief, among any other issues, whether the magistrate judge erred by declining to grant an adverse inference spoliation instruction. *See* Fed. R. Civ. P. 37(e); Fed. R. Civ. P. 37, 2015 Committee Notes on Rules. Counsel may move in this Court for free transcripts, seeking either, as relevant to the Rule 37(e) issue, the summation transcripts, or any transcripts relevant to the issues counsel seeks to raise on appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

